**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

REINALDO LAZARO ESTEVEZ SOCARRAS,

Petitioner,

v. Case No. 3:26-cv-1640-WWB-SJH

WARDEN, NORTH FLORIDA DETENTION FACILITY, et al.,

Respondents.

---

# ORDER

On July 29, 2026, the Court granted the Petition to the extent that it ordered Respondents to either (1) provide Petitioner with a bond hearing; or (2) release him from custody. (Doc. 9). Petitioner has now filed a Post-Judgment Motion to Enforce Habeas Relief ("**Motion**," Doc. 11). He argues that Respondents did not comply with the Court's July 29, 2026, Order because, while they technically held a bond hearing, the immigration judge ("**IJ**") did not conduct a "meaningful" individualized review before denying bond based on Petitioner's "dangerousness." (*Id.* at 3–5).

Respondents filed a response opposing the Motion, arguing that a challenge to the IJ's discretionary bond decision is not proper for a habeas proceeding and this Court lacks jurisdiction to consider Petitioner's challenge. (Doc. 14). To that end, they contend the Motion should be denied. (*Id.*).

The Court agrees. Indeed, this Court lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is dangerous and therefore should be denied bond.

*See Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citing 8 U.S.C. § 1226(e)). Here, Petitioner was provided with a bond hearing, and nothing suggests that the IJ failed to make factual findings or conduct an individualized determination. To the extent Petitioner disagrees with the IJ's determination, he may file an appeal with the Board of Immigration Appeals or request a custody redetermination. Whether the Court agrees with the IJ's flight risk determination is of no importance—the Court simply lacks jurisdiction to review such a discretionary finding. *See Lopez-Arevelo*, 801 F. Supp. 3d at 678–79.

Accordingly, it is **ORDERED** that Petitioner's Post-Judgment Motion to Enforce Habeas Relief (Doc. 11) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 17, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7

C:

Counsel of record

Reinaldo Lazaro Estevez Socarras, A232634055